IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Case No. 05-cv-00160-REB-CBS

GINGER ROBINSON,

    Plaintiff,

v.

SAM'S CLUB #4777,

    Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

On October 25, 2005, the parties filed a **Stipulation of Dismissal With Prejudice** [#29]. After careful review of the stipulation and the file, the court has concluded that the stipulation should be approved and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulation of Dismissal With Prejudice** [#29], filed on October 25, 2005, is **APPROVED**;

2. That this action is **DISMISSED WITH PREJUDICE**;

3. That each party shall pay her or his own attorney fees and costs;

4. That the Trial Preparation Conference set for June 22, 2007, is **VACATED**; and

5. That the jury trial set to commence July 7, 2007, is **VACATED**.

Dated October 25, 2005, at Denver, Colorado.

                                                          BY THE COURT:

                                                          s/ Robert E. Blackburn
                                                          Robert E. Blackburn
                                                          United States District Judge